No. 56264.—C. S. Emery & Company v. United States, protest 170868–K (St. Albans).

Opinion by MOLLISON, J.   When the case was called for trial it was stipulated that the involved pieces of wood were used in fences and structures in the condition

as imported, and it was conceded by counsel for the defendant that the merchandise consists of pickets. On the record presented it was held that the merchandise in question is something more than lumber, i. e., pickets, made from lumber. The claims of the plaintiff were therefore sustained.